COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-101-CV

CHRISTOPHER A. FAULKNER APPELLANTS

AND CI HOST, INC.

V.

ERIN L. BULLOCK APPELLEE

------------

FROM THE 17
TH
 
DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellants’ Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of this appeal shall be taxed against the party incurring same, for which let execution issue.

PER CURIAM 

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: July 3, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.